IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SHAWNNE DAY | : | CASE NO. 1:11-CV-319 |
| | : | |
| | | JUDGE BARRETT |
| Plaintiff | : | |
| -v- | : | |
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, et al. | : | **ENTRY OF DISMISSAL WITH PREJUDICE** |
| | : | |
| Defendants | : | |

::::::::::::::::::::::::::::

It appearing to the Court that the within captioned matter has been settled and compromised to the satisfaction of all parties. IT IS HEREBY ORDERED that the same be dismissed with prejudice.

ENTER

   /s/ Michael R. Barrett
JUDGE BARRETT


HAVE SEEN:

*[signature]*

John M. Holcomb, Esq. 0055393
Attorney for Plaintiff
Holcomb & Hyde LLC
311 Key Bank Building
6 South Second Street
Hamilton, Ohio 45011

_/s/ Patrick Fredette_

Patrick Fredette, Esq.
Clint Watson, Esq.
Attorneys for Defendants
National Union Fire Insurance Company
and LOTSolutions, Inc.
312 Walnut St., Suite 1050
Cincinnati, OH 45202